■ In the Matter of the SECOND ADDITIONAL GRAND JURY OF THE SUPREME COURT, COUNTY OF KINGS FOR THE SEPTEMBER 1961 TERM OF COURT. SAMUEL D. CARTHAN, Appellant; THE PEOPLE OF THE STATE OF NEW YORK, Respondent.— Motion by appellant to stay, pending appeal, the enforcement of an order of the Supreme Court, Kings County, entered December 17, 1962 which adjudged him in criminal contempt of court, pursuant to statute (Judiciary Law, § 750 *et seq.*), and sentenced him to serve 30 days in the Civil Prison of the City of New York, and directed him to pay a fine of $250 or to serve an additional 30 days. On consent of the District Attorney, motion granted, on condition that appellant perfect and be ready to argue or submit the appeal on January 11, 1963; appeal ordered on the calendar for said date. Having been previously released in the custody of his counsel, appellant is continued in such custody, pending the determination of the appeal. On the court's own motion, the appeal may be prosecuted on the original papers and on the typewritten briefs of both parties. On or before January 4, 1963, appellant shall serve one copy of his brief on the District Attorney and file six copies with the Clerk of this court. Appellant's brief shall contain a copy of the opinion, if any, rendered by the court below. Beldock, P. J., Ughetta, Kleinfeld, Hill and Rabin, JJ., concur.

■ ANNETTE LIBOW, Respondent, v. MEADOW BROOK NATIONAL BANK, Defendant, and MAX ARONSON, Interpleaded-Defendant-Appellant.— Motion by respondent for an order directing appellant to print and include in his record on appeal: (a) the entire record of the examination before trial of said appellant held on November 14, 1961; (b) the supplemental complaint; and (c) the memorandum dated December 14, 1961 with reference to questions which appellant refused to answer on said examination. On the stipulation of the attorneys for the respective parties, motion granted to the extent of requiring the appellant to include the above-mentioned papers in the record. On the argument of the appeal, the respondent shall submit a copy of the examination before trial duly authenticated by the initials of the attorneys, and the appellant shall submit a copy of the supplemental complaint and a copy of the afore-mentioned memorandum, both similarly authenticated. Beldock, P. J., Kleinfeld, Brennan, Hill and Rabin, JJ., concur.

■ JACQUELINE C. JEANDHEUR, Respondent, v. GEORGE E. JEANDHEUR, JR., Appellant.— Motion by respondent to dismiss appeal granted; appeal dismissed. Ughetta, Acting P. J., Kleinfeld, Christ, Hill and Rabin, JJ., concur.

■ In the Matter of FELIKSA CHOCKO, as Administratrix of the Estate of JOHN CHOCKO, Deceased, Respondent. MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORPORATION, Appellant.— Motion by respondent to dismiss appeal granted; appeal dismissed. Ughetta, Acting P. J., Kleinfeld, Christ, Hill and Rabin, JJ., concur.

■ In the Matter of D D D REST. INC., Petitioner, v. MARTIN C. EPSTEIN et al., Constituting the State Liquor Authority, Respondents.— Motion by respondents to dismiss proceeding granted; proceeding dismissed. Beldock, P. J., Kleinfeld, Brennan, Hill and Rabin, JJ., concur.

■ HODGE & HAMMOND, INC., Respondent, v. PETER MITCHELL, INC., Appellant.— Motion by respondent to dismiss appeal granted, with $10 costs; appeal dismissed. Beldock, P. J., Kleinfeld, Brennan, Hill and Rabin, JJ., concur.